IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Travis, Kellie J | Case Number: 07 B 13595 |
| | Judge: Wedoff, Eugene R |
| Printed: 12/19/07 | Filed: 7/30/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: November 8, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 335.00 | |
| Secured: | | 316.91 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 18.09 |
| Other Funds: | | 0.00 |
| Totals: | 335.00 | 335.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | United Credit | Secured | 14,750.27 | 316.91 |
| 2. | Wachovia Bank | Unsecured | 103.09 | 0.00 |
| 3. | United Credit | Unsecured | 0.00 | 0.00 |
| 4. | Optima Recovery Associates | Unsecured | 46.20 | 0.00 |
| 5. | RoundUp Funding LLC | Unsecured | 38.08 | 0.00 |
| 6. | Southern Indiana Pathologists | Unsecured | 16.50 | 0.00 |
| 7. | Jefferson Capital Systems LLC | Unsecured | 114.75 | 0.00 |
| 8. | GMG Motors | Secured | | No Claim Filed |
| 9. | Employment & Employer Services | Priority | | No Claim Filed |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Indiana Dept Of Revenue | Priority | | No Claim Filed |
| 12. | Unity Physician Group | Unsecured | | No Claim Filed |
| 13. | MCI | Unsecured | | No Claim Filed |
| 14. | Cingular Wireless | Unsecured | | No Claim Filed |
| 15. | Cingular Wireless | Unsecured | | No Claim Filed |
| 16. | Credit Protection Association | Unsecured | | No Claim Filed |
| | | | $ 15,068.89 | $ 316.91 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 18.09 |
| | $ 18.09 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Travis, Kellie J

Printed: 12/19/07

Case Number: 07 B 13595
Judge: Wedoff, Eugene R
Filed: 7/30/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

